In the Matter of Supplementary Proceedings: MORGEN FLOUR CORPORATION, Respondent, v. HARRY MARKOWITZ, Appellant, and GUSSIE MARKOWITZ, Judgment Debtor.— Order denying motion by appellant, judgment debtor, to set aside service of a subpœna in supplementary proceedings reversed on the law

and the facts, with ten dollars costs and disbursements, motion granted and subpœna vacated, without costs. We find that the appellant came into the State voluntarily as a witness and was, therefore, immune from process. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.